UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Terrance Laurent DUNNAVANT,

Plaintiff,

v.

NEVADA COMMERCIAL SERVICES, INC.,

Defendant.

Case No. 3:25-cv-00718-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

(ECF No. 11)

Plaintiff Terrance Laurent Dunnavant filed this action pro se against his landlord Nevada Commercial Services, Inc., raising two housing discrimination claims under the Fair Housing Act ("FHA") and four state law claims. (ECF No. 1-1.) Mr. Dunnavant's application to proceed in forma pauperis was granted and his complaint proceeded to screening. (ECF No. 9.)

Magistrate Judge Carla Baldwin issued the present Report and Recommendation ("R&R") recommending that Mr. Dunnavant's complaint be dismissed without prejudice and with leave to amend for lack of subject-matter jurisdiction. (ECF No. 11.) Specifically, Judge Baldwin found that Mr. Dunnavant's complaint fails to sufficiently allege the elements of an FHA failure to accommodate claim, *see Dubois v. Ass'n of Apartment Owners of 2987 Kalakaua*, 453 F.3d 1175, 1179 (9th Cir. 2006) (stating the five elements under 4.2. U.S.C. § 3604(f)(3)(B)), or the elements of an FHA retaliation claim, *see San Pedro Hotel Co. v. City of L.A.*, 159 F.3d 470, 477 (9th Cir. 1998) (stating the three elements under 42 U.S.C. § 3617). (ECF No. 11 at 4-7.) Because no federal claims survived screening and diversity jurisdiction is inapplicable, Judge Baldwin concluded that there is no subject-matter jurisdiction over the action. (*Id.* at 7.)

The Court now adopts the R&R and sets a deadline for Mr. Dunnavant to file an amended complaint remedying the issues identified by Judge Baldwin. Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Mr. Dunnavant did not object to Judge Baldwin's recommendation within the statutory fourteen-day period, and the time to do so has now expired.

It is therefore ORDERED that Judge Baldwin's R&R (ECF No. 11) is ADOPTED.

It is further ORDERED that the complaint (ECF No. 1-1) is DISMISSED WITHOUT PREJUDICE and WITH LEAVE TO AMEND. Plaintiff has thirty days, until December 18, 2026, to file an amended complaint consistent with the screening order.

It is further ORDERED that Plaintiff's motion for status and service (ECF No. 10) is DENIED AS MOOT.

Dated this 18th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE